<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

GERRY DALE; and                           )
PATRICIA DALE in the name of              )
the UNITED STATES GOVERNMENT              )
pursuant to the False Claims Act,)
31 U.S.C. § 3729 et seq;                  )        Civil Action
the STATE OF DELAWARE;                    )        No. 06-cv-04747
the DISTRICT OF COLUMBIA;                 )
the STATE OF FLORIDA;                     )
the STATE OF ILLINOIS;                    )
the STATE OF INDIANA;                     )
the STATE OF LOUISIANA;                   )
the STATE OF NEW YORK;                    )
the STATE OF TENNESSEE; and               )
the STATE OF VIRGINIA,                    )
                                          )
                Plaintiffs                )
                                          )
        vs.                               )
                                          )
ALAN ABESHAUS;                            )
ERIC ABESHAUS;                            )
MITCHELL KURLANDER; and                   )
DAVID DRILL,                              )
                                          )
                Defendants                )

**<u>O R D E R</u>**

NOW, this 26th day of September, 2013, upon

consideration of the following documents:

> (1) The Abeshaus Parties' Motion to Dismiss the
> Fourth Amended and Restated *Qui Tam*
> Complaint, which motion was filed on
> September 10, 2012 (Document 91);

> (2) Defendant David Drill's Joinder of the
> Abeshaus Parties' Motion to Dismiss the
> Fourth Amended and Restated Qui Tam
> Complaint, which joinder was filed on
> September 19, 2012 (Document 93);

(3)     Plaintiffs' Response to Defendants Alan
                Abeshaus, Eric Abeshaus, Kurlander, and
                Drill's Motion to Dismiss the Fourth
                Complaint, which response was filed on
                November 01, 2012 (Document 95);

        (3)     Reply Memorandum in Further Support of the
                Abeshaus Parties' Motion to Dismiss the
                Fourth Amended Complaint, which reply was
                filed on November 26, 2012 (Document 98);

        (5)     Fourth Amended and Restated Qui Tam
                Complaint pursuant to Title 31 U.S.C. Title
                3729 et seq., and claims under the State
                False Claims Acts filed on August 15, 2012
                (Document 90)[1];

and for the reasons expressed in the accompanying Opinion,

        IT IS ORDERED that the Clerk of Court remove this case

from civil suspense.

        IT IS FURTHER ORDERED that the Abeshaus Parties'[2]

motion to dismiss (Document 91), and defendant Drill's joinder

to the Abeshaus Parties' motion to dismiss (Document 93) are

each granted in part and denied in part.

        IT IS FURTHER ORDERED that defendants' motion to

dismiss[3] is granted to the extent it seeks dismissal of Count II

of plaintiffs' Fourth Amended Complaint.

---

[1]         I refer to plaintiffs' complaint as "Fourth Amended Complaint".

[2]         The "Abeshaus Parties" refer to defendants Alan Abeshaus, Eric
Abeshaus and Mitchell Kurlander.

[3]         I refer to the Abeshaus Parties' motion to dismiss and defendant
Drill's joinder of that motion collectively as "defendants' motion to
dismiss".

IT IS FURTHER ORDERED that Count II of plaintiffs' Fourth Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that defendants' motion to dismiss is denied in all other respects.

IT IS FURTHER ORDERED that defendants shall have until October 23, 2013 to file an answer to Count I and Counts III through IX of plaintiffs' Fourth Amended Complaint.

BY THE COURT:


_/s/ James Knoll Gardner    _
James Knoll Gardner
United States District Judge